**Dismissed and Memorandum Opinion filed April 23, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00165-CR
## NO. 14-13-00166-CR

### JEROME FISHER PLEASANT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1347978 and 1347979**

## M E M O R A N D U M   O P I N I O N

Appellant has filed interlocutory pro se notices of appeal from the denial of his motions to recuse the trial judge in cause number 1347978 (appeal number 14-13-00165-CR) and cause number 134979 (appeal number 14-13-00166-CR).

We do not have jurisdiction of an interlocutory appeal from the denial of a motion to recuse. *See Abbott v. State,* 271 S.W.3d 694 (Tex. Crim. App. 2008)

(standard for determining jurisdiction is not whether appeal is precluded by law, but whether appeal is authorized by law); *Everett v. State,* 91 S.W.3d 386, 386 (Tex. App. -- Waco 2002, no pet.) (stating that court has jurisdiction over criminal appeals only when expressly granted by law). No law authorizes the interlocutory appeal of a denial of a motion to recuse.

Accordingly, we dismiss these appeals for want of jurisdiction.


PER CURIAM


Panel consists of Justices Boyce, Jamison and Busby.
Do Not Publish ─ Tex. R. App. P. 47.2(b)